IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| NAPOLEON DRINKARD, #590563, | ) ) ) |
| Petitioner, | ) ) |
| v. | ) CIV. A. NO. 18-0449-JB-MU ) |
| WARDEN TREY OLIVER, *et al.*, | ) ) |
| Respondents. | ) |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.

**DONE** this 12th day of March, 2019.

s/JEFFREY U. BEAVERSTOCK
UNITED STATES DISTRICT JUDGE