IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| NAPOLEON DRINKARD, #590563, | ) ) ) |
| Petitioner, | ) ) |
| v. | ) CIV. A. NO. 18-0449-JB-MU ) |
| WARDEN TREY OLIVER, *et al.*, | ) ) |
| Respondents. | ) |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that Petitioner's § 2254 Petition (Doc. 1) be **DISMISSED without prejudice** for failure to prosecute and to comply with the Court's order. Petitioner is not entitled to a certificate of appealability and, therefore, he is not entitled to appeal *in forma pauperis*.

**DONE** this 12th day of March, 2019.

s/JEFFREY U. BEAVERSTOCK
UNITED STATES DISTRICT JUDGE